B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vessels, John F.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vessels, Ann Mary E.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ann Mary Janicki** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6317** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1430 Kings Road**<br>**Carpentersville, IL**<br><div align="right">ZIP Code **60110**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1430 Kings Road**<br>**Carpentersville, IL**<br><div align="right">ZIP Code **60110**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)  (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11          of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,      ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vessels, John F.**  **Vessels, Ann Mary E.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Stephen J. Costello**            **October  5, 2015** Signature of Attorney for Debtor(s)                    (Date)  **Stephen J. Costello 6187315** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vessels, John F.** |
| | **Vessels, Ann Mary E.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John F. Vessels**
Signature of Debtor  **John F. Vessels**

X **/s/ Ann Mary E. Vessels**
Signature of Joint Debtor **Ann Mary E. Vessels**

Telephone Number (If not represented by attorney)

**October  5, 2015**
Date

### Signature of Attorney*

X **/s/ Stephen J. Costello**
Signature of Attorney for Debtor(s)

**Stephen J. Costello 6187315**
Printed Name of Attorney for Debtor(s)

**Costello & Costello**
Firm Name

**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**

Address

**Email: steve@costellolaw.com**
**847-428-4544  Fax: 847-428-4694**
Telephone Number

**October  5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **John F. Vessels**
**Ann Mary E. Vessels**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John F. Vessels**
                           **John F. Vessels**

Date:   **October  5, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **John F. Vessels**
     **Ann Mary E. Vessels**      Case No.
                             Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ann Mary E. Vessels**
                             **Ann Mary E. Vessels**

Date:    **October 5, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **John F. Vessels,**
      **Ann Mary E. Vessels**

Case No. _____

                                    Debtors

Chapter_____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,225.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,400.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 385,542.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 955.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,653.55 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| Total Assets | | | 11,225.00 | | |
| Total Liabilities | | | | 395,942.33 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **John F. Vessels,**                                    Case No. _____
    **Ann Mary E. Vessels**

_____ ,          Chapter _____ **7** _____

                    Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 955.90 |
| Average Expenses (from Schedule J, Line 22) | 2,653.55 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 385,542.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 390,542.33 |

B6A (Official Form 6A) (12/07)

.

In re    **John F. Vessels,**                                              Case No. _____
         **Ann Mary E. Vessels**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **John F. Vessels,**                                        Case No. _____
      **Ann Mary E. Vessels**
_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account at 1st American in Dundee | H | 500.00 |
| | | 4 checking accounts at 1st American in Dundee, total for all accounts | W | 725.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | househeld goods, furniture and furnishings | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books pictures and cd's | J | 500.00 |
| 6. Wearing apparel. | | necessary wearing apparel | J | 500.00 |
| 7. Furs and jewelry. | | jewelry | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **3,725.00**
(Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **John F. Vessels,**                                      Case No. _____
         **Ann Mary E. Vessels**
                                                          ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **workman's comp case** | **W** | **Unknown** |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet    __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **John F. Vessels,**
    **Ann Mary E. Vessels**
                                        ,

Case No. _____

                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Mercury Moutaineer 70,000 miles | J | 2,500.00 |
| | | 2008 Pontiac Gran Prix 80,000 miles | J | 4,000.00 |
| | | 1998 Dodge Ram 1500 | J | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **7,500.00** |
| (Total of this page) | |
| Total > | **11,225.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **John F. Vessels,**                                                      Case No. _____
    **Ann Mary E. Vessels**
                                                ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking account at 1st American in Dundee | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| 4 checking accounts at 1st American in Dundee, total for all accounts | **735 ILCS 5/12-1001(b)** | **725.00** | **725.00** |
| **Household Goods and Furnishings** | | | |
| household goods, furniture and furnishings | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books pictures and cd's | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| necessary wearing apparel | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| jewelry | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Mercury Moutaineer 70,000 miles | **735 ILCS 5/12-1001(c)** | **1,100.00** | **2,500.00** |
| 2008 Pontiac Gran Prix 80,000 miles | **735 ILCS 5/12-1001(b)** | **2,000.00** | **4,000.00** |
| 1998 Dodge Ram 1500 | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | Total: | **7,825.00** | **11,225.00** |

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **John F. Vessels,**
     **Ann Mary E. Vessels**                                    Case No. _____

                                     Debtors
                                                                              ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx6395** | | | | **2012** | | | | | |
| **Gateway Financial** **999 S. Washington Ave Suite 1** **Saginaw, MI 48601** | J | | | **lien on title** **2003 Mercury Moutaineer 70,000 miles** | | | | | |
| | | | | Value $              **2,500.00** | | | | **1,400.00** | **0.00** |
| Account No. **xxxxxx1901** | | | | **Opened  3/02/13  Last Active  6/21/13** | | | | | |
| **Southern Automotive Fi** **2901 Wm Oakland Park Blvd** **Fort Lauderdale, FL 33311** | J | | | **lien on title** **2008 Pontiac Gran Prix 80,000 miles** | | | | | |
| | | | | Value $              **4,000.00** | | | | **9,000.00** | **5,000.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **10,400.00** | **5,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **10,400.00** | **5,000.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **John F. Vessels,**
     **Ann Mary E. Vessels**
                                 Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **John F. Vessels,**
　　　　 **Ann Mary E. Vessels**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| Account No. **xx8512**<br><br>**ACC International**<br>**1175 Devin , Suite 128**<br>**Morton Shores, MI 49441** | | | | J | 2013<br><br>for Sub Women's Health | | | | 559.67 |
| Account No. **xxxxxxx7522**<br><br>**Advocate Sherman Hospital**<br>**35134 Eagle Way**<br>**Chicago, IL 60678** | | | W | | 2015<br><br>medical services | | | | 582.00 |
| Account No.<br><br>**Advocate Sherman Hospital**<br>**1425 N Randall Road**<br>**Elgin, IL 60123** | | | W | | 2015<br><br>medical services | | | | 39,855.00 |
| Account No. **xxx3632**<br><br>**Affil Credit**<br>**3055 41st St NW ST**<br>**Rochester, MN 55903** | | | | J | 2012<br><br>medical services | | | | 272.00 |

__42__ continuation sheets attached

| | Subtotal<br>(Total of this page) | 41,268.67 |
|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　　　　　　　　S/N:20330-150916    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
          **Ann Mary E. Vessels**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1223**<br><br>**Affiliated Acceptance Corporation**<br>**Attn: Customer Service**<br>**Po Box 790001**<br>**Sunrise Beach, MO 65079** | | H | Opened  7/22/10  Last Active 12/31/10<br><br>**Installment Sales Contract** | | | | 235.00 |
| Account No. **xxxxxx1229**<br><br>**Affiliated Acceptance Corporation**<br>**Attn: Customer Service**<br>**Po Box 790001**<br>**Sunrise Beach, MO 65079** | | W | Opened  7/22/10  Last Active  8/31/10<br><br>**Installment Sales Contract** | | | | 235.00 |
| Account No. **xx2466**<br><br>**Affiliated Credit Services**<br>**Po Box 7739**<br>**Rochester, MN 55903** | | W | 2013<br><br>**medical services for Midwest Dental East Dundee** | | | | 321.21 |
| Account No. **xxxxxx9837**<br><br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | W | Opened 12/01/12<br><br>**Collection Attorney Sprint** | | | | 261.00 |
| Account No. **xxxxxxx29-01**<br><br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | W | Opened 12/01/12<br><br>**Collection for US Cellular** | | | | 116.99 |

Sheet no. __1___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,169.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
       **Ann Mary E. Vessels**                                                Case No. _____
_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx78-01**<br><br>**AFNI**<br>**1310 Martin Luther Drive**<br>**Bloomington, IL 61702-3517** | | H | | 2014<br><br>collections for AT&T | | | | 814.27 |
| Account No. **xxxx-xxxxxx-xxxxx0645**<br><br>**Alexander-Rose Associates, Inc.**<br>**8876 Gulf Freeway Ste. 400**<br>**Houston, TX 77017** | | W | | 2014<br><br>collections For Caravan Services AGA | | | | 235.00 |
| Account No. **A200**<br><br>**Alexander-Rose Associates, Inc.**<br>**8876 Gulf Freeway Ste. 400**<br>**Houston, TX 77017** | | W | | 2013<br><br>collections for Caravan Services AGA | | | | 235.00 |
| Account No. **xx9990**<br><br>**Algonquin Road Security**<br>**2550 Algonquin Rd**<br>**Algonquin, IL 60156** | | J | | medical services | | | | 1,013.88 |
| Account No. **xxx6480**<br><br>**Allied Collection Services, Inc.**<br>**3080 S Durango Dr. Ste 208**<br>**Las Vegas, NV 89117-9194** | | H | | 2015<br><br>collections for Sprint | | | | 996.94 |

Sheet no. __2__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,295.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
  **Ann Mary E. Vessels**                                                    Case No. _____
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx8512** | | | | | Opened  6/01/10 | | | | |
| **Amer Coll Co/ACC International** **Acc International** **919 Estes Ct.** **Schaumburg, IL 60193** | | | W | | Collection Attorney Sub Women S Hlth/Dr Epstein | | | | 559.00 |
| Account No. **xx1079** | | | | | Opened  4/01/08 | | | | |
| **American Credit Bureau** **2755 S Federal Hwy** **Boynton Beach, FL 33435** | | | W | | Collection Attorney Suburban Orthopedics | | | | 238.00 |
| Account No. **xx1079** | | | | | 2008 | | | | |
| **American Credit Bureau** **2755 S Federal Highway** **Boynton Beach, FL 33435** | | | J | | medical services | | | | 238.00 |
| Account No. **xxxxxx8241** | | | | | Opened  2/01/11 | | | | |
| **Armor Systems Co** **1700 Kiefer Dr** **Ste 1** **Zion, IL 60099** | | | W | | Collection Attorney Provena Saint Joseph Hospital | | | | 4,822.00 |
| Account No. **xxxxxx1828** | | | | | Opened  6/01/12 | | | | |
| **Armor Systems Co** **1700 Kiefer Dr** **Ste 1** **Zion, IL 60099** | | | W | | Collection Attorney Provena Saint Joseph Hospital | | | | 4,622.00 |

Sheet no. __3___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,479.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**  
**Ann Mary E. Vessels**  
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx8240** | | | | Opened  2/01/11 | | | | |
| Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | W | | Collection Attorney Provena Saint Joseph Hospital | | | | 2,404.00 |
| Account No. **xxxxxx5347** | | | | Opened  5/01/12 | | | | |
| Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | W | | Collection Attorney Provena Saint Joseph Hospital | | | | 2,086.00 |
| Account No. **xxxxxx0185** | | | | Opened  8/01/10 | | | | |
| Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | W | | Collection Attorney Provena Saint Joseph Hospital | | | | 965.00 |
| Account No. **xxxxxx8895** | | | | Opened  8/01/10 | | | | |
| Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | W | | Collection Attorney Surgery Group | | | | 839.00 |
| Account No. | | | | for notice purposes only | | | | |
| ASPIRE VISA PO BOX 105555 ATLANTA, GA. 30348-5555 | | J | | | | | | 0.00 |

Sheet no. __4___ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **6,294.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
    **Ann Mary E. Vessels**                                              Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x4936**  Associated Imaging Spec 1121 Lake Cook Road -Ste M Deerfield, Il 60015-5234 | J | | | 2013  medical services | | | | 72.00 |
| Account No. **x7299**  Associated Imaging Spec 1121 Lake Cook Road -Ste M Deerfield, Il 60015-5234 | H | | | 2014  medical services | | | | 13.78 |
| Account No. **x3294**  Associated Imaging Spec 1121 Lake Cook Road -Ste M Deerfield, Il 60015-5234 | W | | | 2014  medical services | | | | 210.00 |
| Account No. **xx6706**  Associated Imaging Spec 1121 Lake Cook Road -Ste M Deerfield, Il 60015-5234 | W | | | 2014  medical services | | | | 96.00 |
| Account No. **xx9841**  Associated Imaging Spec 1121 Lake Cook Road -Ste M Deerfield, Il 60015-5234 | W | | | 2014  medical services | | | | 134.00 |

Sheet no. \_\_**5**\_\_ of \_\_**42**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
               (Total of this page)     **525.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**  
  **Ann Mary E. Vessels,**                                     Case No. _____

  _____,  
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8130** <br><br> **Associates in Orthopedic Surgery** <br> **1435 N Randall Road** <br> **Elgin, IL 60123** | | J | 2015 <br><br> medical services | | | | 220.95 |
| Account No. **xxx-xxx-xxxx-335 7** <br><br> **At&t** <br> **PO Box 5080** <br> **Carol Stream, IL 60197-5080** | | J | 2015 <br><br> Services | | | | 96.74 |
| Account No. **xx6620** <br><br> **Atg Credit** <br> **1700 W Cortland St Ste 2** <br> **Chicago, IL 60622** | | W | Opened 10/01/10 <br><br> Collection Attorney Cardiovascular Associates S.C | | | | 408.00 |
| Account No. **xx3660** <br><br> **Atg Credit** <br> **1700 W Cortland St Ste 2** <br> **Chicago, IL 60622** | | W | Opened 6/01/08 <br><br> Collection Attorney Cardiovascular Associates S.C | | | | 18.00 |
| Account No. **x8473** <br><br> **Atg Credit** <br> **1700 W Cortland St Ste 2** <br> **Chicago, IL 60622** | | W | 2015 <br><br> Collection Attorney for Orthopaedic spine and surgery | | | | 850.95 |

Sheet no. __6___ of __42__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)          **1,594.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
     **Ann Mary E. Vessels**

                                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0541** <br><br> **Bank of America** <br> **Attn: Corre Unit/CA6-919-02-41** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | | J | **Opened  5/01/05  Last Active  3/14/12** <br><br> **foreclosed** <br> **Location: 18 Walnut, Carpentersville IL 60110** | | | | 140,490.00 |
| Account No. **xxxxx0541** <br><br> **Bank Of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | | J | **2014** <br><br> **foreclosed home** <br> **Location: 18 Walnut, Carpentersville IL 60110** | | | | 34,386.37 |
| Account No. **77420** <br><br> **BARRINGTON HEALTHCARE FOR WOMEN** <br> **27401 W. HIGHWAY 22** <br> **SUITE 111** <br> **BARRINGTON, IL 60010** | | J | **2013** <br><br> **medical services** | | | | 97.87 |
| Account No. **xxx5916** <br><br> **Cardiothoracic Surgery** <br> **Dr Craig Thatcher** <br> **1435 N Randall Rd Ste 207** <br> **Elgin, IL 60123** | | J | **2015** <br><br> **for notice purposes only** | | | | 0.00 |
| Account No. **xxxxA000** <br><br> **Certified Services, Inc** <br> **PO Box 177** <br> **Waukegan, IL 60079-9290** | | J | **2013** <br><br> **Universal Healthcare/Family Medical** | | | | 7,484.00 |

Sheet no. __7___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

182,458.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
      **Ann Mary E. Vessels**

Case No. _____

_____,
               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1769**<br><br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | J | **2015**<br><br>**re: Healthport** | | | | 15.47 |
| Account No. **xxxx3576**<br><br>**Check & Go**<br>**4540 Cooper Rd. Suite 305**<br>**Cincinnati, OH 45242** | | W | **2013**<br><br>**collections for Check & Go** | | | | 1,116.90 |
| Account No. **xxxx3576**<br><br>**Check and Go**<br>**6500 Northwest HIghway Unit J**<br>**Crystal Lake, IL 60014** | | W | **2013**<br><br>**personal loan** | | | | 965.00 |
| Account No.<br><br>**Check and Go**<br>**6500 Northwest HIghway Unit J**<br>**Crystal Lake, IL 60014** | | W | **2013**<br><br>**personal loan** | | | | 994.90 |
| Account No. **xxx8955**<br><br>**Check and Go**<br>**6500 Northwest HIghway Unit J**<br>**Crystal Lake, IL 60014** | | H | **2013**<br><br>**personal loan** | | | | 632.96 |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,725.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
         **Ann Mary E. Vessels**                                                              Case No. _____

                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9301** <br><br> **Citizens Fin** <br> **60 Terra Cotta** <br> **Crystal Lake, IL 60014** | | J | **Opened  6/09/08  Last Active  5/23/12** <br><br> **Automobile** | | | | **3,206.00** |
| Account No. **xxxxxx4711** <br><br> **Cmre Financial Services, Inc.** <br> **3075 E Imperial Hwy #200** <br> **Brea, CA 92821-6753** | | H | **2014** <br><br> **collections For online Radiology Medical Group** | | | | **14.32** |
| Account No. **xxxxxx9837** <br><br> **Collections** <br> **404 Brock Drive PO Box 3097** <br> **Bloomington, IL 61701** | | J | **2012** <br><br> **for notice purposes only for Sprint** | | | | **0.00** |
| Account No. **xxxxxx4129** <br><br> **Collections for US Cellular** <br> **404 Brock Drive PO Box 3097** <br> **Bloomington, IL 61701** | | J | **2012** <br><br> **Services** | | | | **116.00** |
| Account No. **xxxx-xx-xxx-xxx4766** <br><br> **Comcast** <br> **Po Box 3002** <br> **Southeastern, PA 19398-3002** | | W | **2014** <br><br> **Services** | | | | **156.22** |

Sheet no. __9___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,492.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
         **Ann Mary E. Vessels**                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5787**<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | | H | **2014**<br><br>**Services** | | | | **477.97** |
| Account No. **x-xxxx9252**<br><br>**Convergent Outsourcing, Inc**<br>**800 SW 39th St/PO Box 9004**<br>**Verizon Wireless**<br>**Renton, WA 98057** | | J | **2013**<br><br>**Services** | | | | **1,340.67** |
| Account No. **xx-xxxx-x5503**<br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, Ma 02459** | | H | **2014**<br><br>**collections for Farmers Insurance Group** | | | | **758.75** |
| Account No. **xx-xxxx-x0372**<br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, Ma 02459** | | H | **2014**<br><br>**collections for Farmers Insurance Group** | | | | **215.01** |
| Account No. **xx-xxxx-x4395**<br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, Ma 02459** | | W | **2013**<br><br>**collections for Geico Casualty Company** | | | | **111.86** |

Sheet no. __**10**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,904.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**                                                          Case No. _____
         **Ann Mary E. Vessels**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2363**<br><br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | W | Opened  3/01/09<br><br>**Collection Attorney Comcast Chicago Seconds - 1000** | | | | 399.00 |
| Account No. **xxxxxxxxxxx1233**<br><br>**Credit Management, LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007-1912** | | W | 2014<br><br>**collections for Comcast** | | | | 484.76 |
| Account No. **xxx5735**<br><br>**Creditor Collection B**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | J | 2007<br><br>**medical services** | | | | 75.00 |
| Account No. **xxxxxxxxxxx6599**<br><br>**Creditor Protection**<br>**202 W State Street Ste 300**<br>**Rockford, IL 61101** | | J | 2007<br><br>**medical services** | | | | 439.00 |
| Account No. **xxxxxxxxxxx6599**<br><br>**Creditors Protection S**<br>**202 W State St Ste 300**<br>**Rockford, IL 61101** | | J | Opened 10/01/07<br><br>**Collection Attorney All Care Medical Center** | | | | 439.00 |

Sheet no. __11__ of __42__ sheets attached to Schedule of        Subtotal                 1,836.76
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
         **Ann Mary E. Vessels**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1230** | | | | Opened  8/01/08 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | |
| | | | | | | | | 522.00 |
| Account No. **xxx8742** | | | | Opened 12/01/08 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | |
| | | | | | | | | 520.00 |
| Account No. **xxx1266** | | | | Opened  1/01/10 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | |
| | | | | | | | | 397.00 |
| Account No. **xxx4583** | | | | Opened  2/01/08 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | |
| | | | | | | | | 378.00 |
| Account No. **xxx1223** | | | | Opened  8/01/08 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | |
| | | | | | | | | 356.00 |

Sheet no. __12__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,173.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
       **Ann Mary E. Vessels**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx6618** | | | | Opened 10/01/07 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | 340.00 |
| Account No. **xxx2336** | | | | Opened  5/01/10 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | 248.00 |
| Account No. **xxx9542** | | | | Opened  5/01/11 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | 248.00 |
| Account No. **xxx4540** | | | | Opened  7/01/09 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | 248.00 |
| Account No. **xxx6301** | | | | Opened 10/01/09 | | | | |
| Credtrs Coll Po Box 63 Kankakee, IL 60901 | | W | | Collection Attorney Greater Elgin Emergency Specia | | | | 248.00 |

Sheet no. __13__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,332.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
**Ann Mary E. Vessels**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. **xxx7592**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 1/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 243.00 |
| Account No. **xxx5745**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 6/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 240.00 |
| Account No. **xxx1222**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 8/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx1229**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 8/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx8741**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 12/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |

Sheet no. __14__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,191.00**

B6F (Official Form 6F) (12/07) - Cont.

In re　**John F. Vessels,**
　　　　**Ann Mary E. Vessels,**
　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3319** <br><br> Credtrs Coll <br> Po Box 63 <br> Kankakee, IL 60901 | | W | Opened 11/01/08 <br><br> Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx3320** <br><br> Credtrs Coll <br> Po Box 63 <br> Kankakee, IL 60901 | | W | Opened 11/01/08 <br><br> Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx8740** <br><br> Credtrs Coll <br> Po Box 63 <br> Kankakee, IL 60901 | | W | Opened 12/01/08 <br><br> Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx2534** <br><br> Credtrs Coll <br> Po Box 63 <br> Kankakee, IL 60901 | | W | Opened  3/01/09 <br><br> Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |
| Account No. **xxx4584** <br><br> Credtrs Coll <br> Po Box 63 <br> Kankakee, IL 60901 | | W | Opened  2/01/08 <br><br> Collection Attorney Greater Elgin Emergency Specia | | | | 236.00 |

Sheet no. __**15**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　(Total of this page)　　　　**1,180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
**Ann Mary E. Vessels**                                                                  Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2045**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | Opened 8/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 212.00 |
| Account No. **xxx2071**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | Opened 9/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 212.00 |
| Account No. **xxx5738**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | Opened 6/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 167.00 |
| Account No. **xxx8744**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | Opened 12/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 158.00 |
| Account No. **xxx5742**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | Opened 6/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 156.00 |

Sheet no. __16__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

905.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
     **Ann Mary E. Vessels**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx1225**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened  8/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 150.00 |
| Account No. **xxx1224**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened  8/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 97.00 |
| Account No. **xxx6912**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened 12/01/07<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 97.00 |
| Account No. **xxx4582**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened  2/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 97.00 |
| Account No. **xxx1226**<br><br>Credtrs Coll<br>Po Box 63<br>Kankakee, IL 60901 | | W | | Opened  8/01/08<br><br>Collection Attorney Greater Elgin Emergency Specia | | | | 97.00 |

Sheet no. __17__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

538.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**    **Ann Mary E. Vessels,**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx6463**  Denovus Corp, Ltd  480 Johnson Rd Suite 110  Washington, PA 15301-8936 | | H | | 2015  collections | | | | 299.02 |
| Account No. **xxx9874**  Denovus Corp, Ltd  480 Johnson Rd Suite 110  Washington, PA 15301-8936 | | W | | 2015  collections for First Merit Bank | | | | 170.16 |
| Account No. **xxx9960**  Denovus Corp, Ltd  480 Johnson Rd Suite 110  Washington, PA 15301-8936 | | W | | 2015  collections for First Merit Bank | | | | 519.02 |
| Account No. **xxxxxx-xx2187**  Dependon Collection Service, Inc  Po Box 4833  Oak Brook, IL 60522-4833 | | W | | 2014  medical services for St. Joseph Medical Center LLC | | | | 635.00 |
| Account No. **xxxx8358**  DIRECTV  P.O. BOX 9001069  LOUISVILLE, KY. 40290-1069 | | J | | 2015  Services | | | | 639.13 |

Sheet no. __18__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,262.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
**Ann Mary E. Vessels**                                         Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4457** <br><br> **Directv** <br> **4500 Cherry Creek Drive** <br> **Denver, CO 80246** | | W | **2014** <br><br> **Services** | | | | 215.92 |
| Account No. **xxxxxxxxxxxx1556** <br><br> **Dish Network** <br> **PO Box 94063** <br> **Palatine, IL 60094** | | J | **2014** <br><br> **Services** | | | | 114.59 |
| Account No. **xxxx3091** <br><br> **Diversified Adjustment Svc** <br> **US Cellular** <br> **600 Coon Rapid Blvd** <br> **Coon Rapids, MN 55433** | | J | **2013** <br><br> **Services** | | | | 245.76 |
| Account No. **xxxx7749** <br><br> **Diversified Consultants** <br> **PO Box 551268** <br> **Jacksonville, FL 32255-1268** | | J | **2014** <br><br> **collections for Verizon Wireless** | | | | 1,581.99 |
| Account No. **x5831** <br><br> **Diversified Svs Group** <br> **1824 W Grand Ave Ste 200** <br> **Chicago, IL 60622** | | W | **Opened  7/01/09** <br><br> **Collection Attorney Medical Center Anesthesia Ltd** | | | | 571.00 |

Sheet no. __**19**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,729.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
      **Ann Mary E. Vessels**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0427**<br><br>**East Dundee and Cntry FPD**<br>**Po Box 457**<br>**Wheeling, IL 60090-0457** | | W | 2014<br><br>medical services | | | | 1,150.00 |
| Account No. **x0425**<br><br>**East Dundee and Cntry FPD**<br>**Po Box 457**<br>**Wheeling, IL 60090-0457** | | W | 2014<br><br>medical services | | | | 78.00 |
| Account No. **xxxxxxxxxxxx9759**<br><br>**Elgin Gastroenterology, S.C.**<br>**PO Box 7630**<br>**Gurnee, IL 60031** | | J | 2013<br><br>medical services | | | | 212.00 |
| Account No. **xxxxxxxxxxxx9759**<br><br>**Elgin Gastroenterology, S.C.**<br>**PO Box 7630**<br>**Gurnee, IL 60031** | | W | 2014<br><br>medical services | | | | 62.86 |
| Account No. **xxxx4783**<br><br>**Enhanced Recovery Company**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | J | 2014<br><br>collections Sprint | | | | 261.86 |

Sheet no. __20__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,764.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
         **Ann Mary E. Vessels**                                                Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2609**<br><br>**Farmers Insurance Group**<br>**1303 S Main St**<br>**Algonquin, IL 60102** | | H | 2014<br><br>collections | | | | 215.89 |
| Account No. **xxxxxx4851**<br><br>**Fifth Third Bank**<br>**154 S Western Ave**<br>**Carpentersville, IL 60110** | | W | 2013<br><br>collections | | | | 508.77 |
| Account No. **xxxxxx0674**<br><br>**First Merit Bank**<br>**295 FirstMerit Circle**<br>**Akron, OH 44307-2359** | | W | 2014<br><br>collections | | | | 562.00 |
| Account No. **xxxxxx2572**<br><br>**First Merit Bank**<br>**295 FirstMerit Circle**<br>**Akron, OH 44307-2359** | | H | 2014<br><br>collections NSF/OD fees | | | | 466.79 |
| Account No. **xxxxxxxxxxx1056**<br><br>**First Premier**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | H | Opened  4/05/05  Last Active  6/01/05<br><br>Credit Card | | | | 0.00 |

Sheet no. __**21**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,753.45**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John F. Vessels,**
**Ann Mary E. Vessels**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx8315<br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57104** | | W | Opened 2/01/06 Last Active 2/17/10<br><br>**Credit Card** | | | | **Unknown** |
| Account No. xxxx-xx-47-20<br><br>**Geico Casualty Company**<br>**One GEICO Center**<br>**Macon, GA 31296-0001** | | J | 2014<br><br>**Services** | | | | **111.86** |
| Account No. x3521<br><br>**Germbusters**<br>**Dept 20-5004**<br>**Carol Stream, IL 60197** | | W | 2015<br><br>**medical services** | | | | **100.00** |
| Account No. xxxx2534<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened 6/01/07<br><br>**Collection Attorney Sherman Hospital** | | | | **10,954.00** |
| Account No. xxxx0363<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened 1/01/09<br><br>**Collection Attorney Sherman Hospital** | | | | **3,729.00** |

Sheet no. __22__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,894.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
    **Ann Mary E. Vessels**    Case No. _____

                                                   ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxx1789** | | | Opened 12/01/08 | | | | |
| **Harris** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604** | | W | Collection Attorney Sherman Hospital | | | | 2,578.00 |
| Account No. **xxxx7004** | | | Opened 12/01/08 | | | | |
| **Harris** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604** | | W | Collection Attorney Sherman Hospital | | | | 2,226.00 |
| Account No. **xxxx3648** | | | Med1 Sherman Hospital | | | | |
| **Harris** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604** | | W | | | | | 1,265.00 |
| Account No. **xxxx9280** | | | Opened 12/01/07 | | | | |
| **Harris** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604** | | W | Collection Attorney Sherman Hospital | | | | 1,061.00 |
| Account No. **xxxx9537** | | | Opened  2/01/09 | | | | |
| **Harris** **Harris & Harris, Ltd.** **111 W Jackson Blvd 400** **Chicago, IL 60604** | | W | Collection Attorney Sherman Hospital | | | | 996.00 |

Sheet no. __23__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
     (Total of this page)        **8,126.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
    **Ann Mary E. Vessels,**
                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6496**<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened 12/01/08<br><br>**Collection Attorney Sherman Hospital** | | | | 722.00 |
| Account No. **xxxx3118**<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened  5/01/10<br><br>**Collection Attorney Sherman Hospital** | | | | 341.00 |
| Account No. **xxxx3116**<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened  5/01/10<br><br>**Collection Attorney Sherman Hospital** | | | | 341.00 |
| Account No. **xxxx2394**<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened  1/01/08<br><br>**Collection Attorney Sherman Hospital** | | | | 192.00 |
| Account No. **xxxx6125**<br><br>**Harris**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened  6/01/08<br><br>**Collection Attorney Sherman Hospital** | | | | 122.00 |

Sheet no.  **24**  of  **42**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,718.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
  **Ann Mary E. Vessels**                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2342** <br><br> **Harris** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | | W | **Opened  6/01/07** <br><br> **Collection Attorney Sherman Hospital** | | | | **69.00** |
| Account No. **xxxx6525** <br><br> **Harris** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | | W | **Opened  2/01/09  Last Active  5/03/10** <br><br> **Collection Attorney Sherman Hospital** | | | | **0.00** |
| Account No. **xxxx9951** <br><br> **Harris** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | | W | **2007** <br><br> **Collection Attorney Sherman Hospital** | | | | **258.00** |
| Account No. **xxxxxx2109** <br><br> **Harris & Harris, Ltd** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | | W | **Opened 12/01/10** <br><br> **Collection Attorney Med1 02 United Anesthesia Assoc** | | | | **1,392.00** |
| Account No. **xxxxxx0401** <br><br> **Harris & Harris, Ltd** <br> **Harris & Harris, Ltd.** <br> **111 W Jackson Blvd 400** <br> **Chicago, IL 60604** | | W | **Opened 12/01/10** <br><br> **Collection Attorney Med1 02 United Anesthesia Assoc** | | | | **783.00** |

Sheet no. __**25**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **2,502.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
        **Ann Mary E. Vessels,**                                          Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0153**<br><br>Harris&Harris, Ltd.<br>11 West Jackson Boulevard, Ste. 400<br>Chicago, IL 60604-4134 | | W | 2014<br><br>collections for Nicor Gas | | | | 378.22 |
| Account No. **xxxxx5486**<br><br>HSN<br>attn collections<br>P.O. BOX 9090<br>CLEARWATER, FL 33758-9090 | | J | 2015<br><br>collections | | | | 333.25 |
| Account No. **xxxxxxx4528**<br><br>Hughes Network Systems, LLC<br>Po Box 96874<br>Chicago, IL 60693-6874 | | W | 2014<br><br>collections | | | | 50.84 |
| Account No. **xxxxxxxx-xxx-xx0-DD1**<br><br>I.C. SYSTEM, INC.<br>PO Box 64887<br>ST. PAUL, MN 55164-0887 | | H | 2014<br><br>collections for FirstMerit Bank | | | | 299.02 |
| Account No. **xxxxxxxx-xxx-xx0-DD1**<br><br>I.C. SYSTEM, INC.<br>PO Box 64887<br>ST. PAUL, MN 55164-0887 | | W | 2014<br><br>collections for FirstMerit Bank | | | | 689.18 |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,750.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**            Case No. _____
            **Ann Mary E. Vessels**

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. **xxx4921** | | | | | 2014 | | | | |
| Illinois Department of Employment S 30 Dupage Court Elgin, IL 60120 | | W | | | collections | | | | 2,870.00 |
| Account No. **xxxxx5126** | | | | | 2014 | | | | |
| Inpatient Consultants of Illinois PO Box 844918 Los Angeles, CA 90084-4918 | | J | | | medical services | | | | 144.00 |
| Account No. **x2518** | | | | | 2009 | | | | |
| Internamed PO Box 5478 Elgin, IL 60121 | | J | | | medical services | | | | 105.00 |
| Account No. **x2518** | | | | | 2014 | | | | |
| Internamed PO Box 5478 Elgin, IL 60121 | | W | | | medical services for Sergei G Lipov | | | | 1,747.30 |
| Account No. **xxxx0825** | | | | | 2013 | | | | |
| LabCorp PO Box 2240 Burlington, NC 27216-2240 | | W | | | medical services | | | | 488.00 |

Sheet no. __27__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   5,354.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
    **Ann Mary E. Vessels**
                                                             Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2466**<br><br>**Law Office of Michle G Greer, PLLC**<br>**PO Box 7565**<br>**Rochester, MN 55903** | | W | 2015<br><br>medical services | | | | 321.21 |
| Account No. **x0910**<br><br>**M&A Precision Truck Repair**<br>**1480 Imhoff Dr.**<br>**Lake in the Hills, IL 60156** | | J | 2014<br><br>collections | | | | 814.07 |
| Account No. **xxxx9414**<br><br>**McCarthy, Burgess & Wolff**<br>**The M&W Building**<br>**2600 Cannon Road**<br>**Bedford, OH 44146** | | H | 2015<br><br>goods and/or services | | | | 319.59 |
| Account No. **xxx-5916**<br><br>**MCS Collections/Nrth Cardiothoracic**<br>**PO Box 7699**<br>**Chicago, IL 60680** | | J | 2013<br><br>medical services | | | | 4,007.88 |
| Account No. **xxxxxx6642, xxxxxx0401**<br><br>**Medical Business Bureau United Anes**<br>**PO Box 1219**<br>**Park Ridge, IL 60068-7219** | | J | 2013<br><br>medical services | | | | 983.00 |

Sheet no. __28__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,445.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
    **Ann Mary E. Vessels**
                                         **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **several** <br><br> **Medical Business Bureau United Anes** <br> **PO Box 1219** <br> **Park Ridge, IL 60068-7219** | | J | 2015 <br><br> medical services | | | | 4,085.80 |
| Account No. **xxxxxx0356** <br><br> **Merchants Cr** <br> **223 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60606** | | W | Opened  1/01/10 <br><br> Collection Attorney Northwest Suburban Imaging Ass | | | | 103.00 |
| Account No. **xxxxxx0080** <br><br> **Merchants Cr** <br> **223 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60606** | | W | Opened  2/01/09 <br><br> Collection Attorney Northwest Suburban Imaging Ass | | | | 63.00 |
| Account No. **xxxxxx1788** <br><br> **Midland Credit Management** <br> **8875 Aero Drive** <br> **Suite 200** <br> **San Diego, CA 92123** | | W | 2014 <br><br> collections for First Premier Bank | | | | 327.13 |
| Account No. **xxxxxx7716** <br><br> **Midland MCM** <br> **8875 Aero Drive Ste 200** <br> **San Diego, CA 92123** | | J | 2007 <br><br> collections | | | | 1,525.00 |

Sheet no. __29__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,103.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**                                     Case No. _____
           **Ann Mary E. Vessels**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8473**<br><br>**Midwest Bone and Joint Institute**<br>**2350 Royal Blvd**<br>**Suite 200**<br>**Elgin, IL 60123** | | J | 2012<br><br>medical services | | | | 850.95 |
| Account No. **xxxxxxx7941**<br><br>**Mira Med Revenue Group, LLC**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | | W | 2011<br><br>Presence St Joseph for notice purposes only | | | | 2,245.02 |
| Account No. **xxxxxxx9341**<br><br>**Mira Med Revenue Group, LLC**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | | W | 2013<br><br>Presence St Joseph for notice purposes only | | | | 461.60 |
| Account No. **xxxxxxx7466**<br><br>**Mira Med Revenue Group, LLC**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | | W | 2013<br><br>Presence St Joseph for notice purposes only | | | | 540.80 |
| Account No. **xxxxxxx3515**<br><br>**Mira Med Revenue Group, LLC**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277-0304** | | W | 2013<br><br>Presence St Joseph for notice purposes only | | | | 752.18 |

Sheet no. __30__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal         | 4,850.55
                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**   Case No. _____
      **Ann Mary E. Vessels**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3003** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | **2013** <br><br> **Presence St Joseph** <br> **for notice purposes only** | | | | 1,073.02 |
| Account No. **xxxxxxxx4593** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | **2013** <br><br> **Presence St Joseph** <br> **for notice purposes only** | | | | 625.15 |
| Account No. **xxx8803** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | **2013** <br><br> **Provena Medical Group** <br> **for notice purposes only** | | | | 131.00 |
| Account No. **xxx0918** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | **2013** <br><br> **Provena Medical Group** <br> **for notice purposes only** | | | | 247.00 |
| Account No. **xxx1092** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | **2013** <br><br> **Provena Medical Group** <br> **for notice purposes only** | | | | 131.00 |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,207.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
**Ann Mary E. Vessels**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx1643** <br><br> **Mira Med Revenue Group, LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | | | 2014 <br><br> **Provena Medical Group** <br> **for notice purposes only** | | | | 247.00 |
| Account No. **xxxxxx1856** <br><br> **Miramed Revenue Group. LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | | | 2015 <br><br> **collections for Sherman Hosp** | | | | 543.23 |
| Account No. **xxxxxx7522** <br><br> **Miramed Revenue Group. LLC** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | W | | | 2015 <br><br> **collections for Sherman Hosp** | | | | 582.00 |
| Account No. **xxxx3618** <br><br> **Nco Fin/09** <br> **Attention: Bankruptcy** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | W | | | Opened 9/01/09 <br><br> **Collection Attorney Directv** | | | | 120.00 |
| Account No. **xxxHIZJ** <br><br> **Nicor Prime Solutions** <br> **4500 CherryCreek Drive** <br> **Denver, CO 80246** | | J | | | 2015 <br><br> **Services** | | | | 315.23 |

Sheet no. __32__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,807.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
    **Ann Mary E. Vessels**
                       Debtors         ,

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5266**<br><br>**North Shore Agency**<br>**270 Spagnoli Road Suite 110**<br>**Melville, NY 11747** | | W | 2014<br><br>collections for Time Life/Star Vista | | | | 134.94 |
| Account No. **xxx5266**<br><br>**North Shore Agency Time Life Star**<br>**4000 East Fifth Ave**<br>**Columbus, OH 43219** | | J | 2013<br><br>Services | | | | 134.94 |
| Account No. **xxxxxx0584**<br><br>**Northwest Collectors**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | Opened  2/01/11<br><br>Collection Attorney Illinois Pain Treatment Instit | | | | 102.00 |
| Account No. **xx0737**<br><br>**Northwest Collectors, Inc**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008-3106** | | W | 2014<br><br>medical services for East Dundee&Countryside Fire Protecton District | | | | 1,228.00 |
| Account No. **xx9421**<br><br>**NWHC Business Office**<br>**2500 W Higgins Rd Suite 505**<br>**Hoffman Estates, IL 60169-2171** | | J | 2013<br><br>medical services | | | | 13.12 |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,613.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
    **Ann Mary E. Vessels**
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1829**<br><br>**Oakbrook Anesthesiologists, LTD**<br>**PO Box 7628**<br>**Carol Stream, IL 60197** | | H | 2014<br><br>medical services | | | | 58.99 |
| Account No. **xxxx*xxxxx500.1**<br><br>**Online Radiology Medical Group**<br>**PO Box 51481**<br>**Ontario, CA 91761-0081** | | H | 2013<br><br>medical services | | | | 14.32 |
| Account No. **xxxx0373**<br><br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | W | Med1 02 Provena St Joseph Hospital | | | | 2,285.00 |
| Account No. **xxx8053**<br><br>**Pinnacle Security**<br>**1290 Sandhill Road**<br>**Orem, UT 84058** | | J | Services | | | | 999.65 |
| Account No. **xxxxxxxx1412**<br><br>**PNC**<br>**Attention: Bankruptcy**<br>**6750 Miller Rd.**<br>**Brecksville, OH 44141** | | J | Opened  5/01/05  Last Active 11/09/10<br><br>foreclosed home | | | | Unknown |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,357.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
**Ann Mary E. Vessels**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3515**<br><br>**Presence St Joseph**<br>**1643 Lewis Ave, Suite 203**<br>**Billings, MT 59102-4151** | | W | 2014<br><br>medical services | | | | 1,472.14 |
| Account No. **xxxxxxxx0327**<br><br>**Presence St Joseph**<br>**1643 Lewis Ave, Suite 203**<br>**Billings, MT 59102-4151** | | W | 2013<br><br>medical services | | | | 778.85 |
| Account No. **xxxxxxxx5220**<br><br>**Presence St Joseph**<br>**1643 Lewis Ave, Suite 203**<br>**Billings, MT 59102-4151** | | W | 2014<br><br>medical services | | | | 1,130.80 |
| Account No. **xxxxx2171**<br><br>**Presence St Joseph**<br>**1643 Lewis Ave, Suite 203**<br>**Billings, MT 59102-4151** | | W | 2014<br><br>medical services | | | | 148.20 |
| Account No. **xxxxxxxx3515**<br><br>**Presence St Joseph**<br>**1643 Lewis Ave, Suite 203**<br>**Billings, MT 59102-4151** | | W | 2013<br><br>medical services | | | | 752.18 |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,282.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
**Ann Mary E. Vessels**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3003**<br><br>Presence St Joseph<br>1643 Lewis Ave, Suite 203<br>Billings, MT 59102-4151 | | W | 2013<br><br>medical services | | | | 1,073.02 |
| Account No. **xxxxxxxx7941**<br><br>Presence St Joseph<br>1643 Lewis Ave, Suite 203<br>Billings, MT 59102-4151 | | W | 2014<br><br>medical services | | | | 2,245.02 |
| Account No. **xxxxxxxx9117**<br><br>Presence St Joseph<br>1643 Lewis Ave, Suite 203<br>Billings, MT 59102-4151 | | W | 2014<br><br>medical services | | | | 2,456.74 |
| Account No. **xxxxxxxxxxx xxx xxxx more**<br><br>Presence St Joseph<br>1643 Lewis Ave, Suite 203<br>Billings, MT 59102-4151 | | W | 2013-2014<br><br>medical services | | | | 11,088.25 |
| Account No. **xxxxxxx8980**<br><br>Presence St Joseph<br>1643 Lewis Ave, Suite 203<br>Billings, MT 59102-4151 | | H | 2014<br><br>medical services | | | | 3,050.60 |

Sheet no. __36__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,913.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
    **Ann Mary E. Vessels**                                                    Case No. _____
                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1818,9021,4593,7466** <br><br> **Presence St Joseph Hospital** <br> **Patient Financial Services** <br> **Billings, MT 59102-4151** | | J | 2013 <br><br> medical services | | | | 3,044.47 |
| Account No. **DB0058699341** <br><br> **Presence St Joseph Hospital** <br> **Patient Financial Services** <br> **Billings, MT 59102-4151** | | W | 2013 <br><br> medical services | | | | 461.60 |
| Account No. **xxx7215** <br><br> **Progressive** <br> **11629 S 700 E, Ste 250** <br> **Draper, UT 84020** | | J | 2013 <br><br> services | | | | 28.59 |
| Account No. **xxx7215** <br><br> **Progressive Finance** <br> **11629 S 700 E Suite 250** <br> **Draper, UT 84020** | | J | 2014 <br><br> loan | | | | 1,056.36 |
| Account No. **xx9693** <br><br> **Provena Medical Group** <br> **25872 Network Drive** <br> **Chicago, IL 60673** | | J | 2013 <br><br> medical services | | | | 131.00 |

Sheet no. __37__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,722.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
**Ann Mary E. Vessels**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9693**<br><br>**Provena Medical Group**<br>**25872 Network Drive**<br>**Chicago, IL 60673-1258** | | W | **2014**<br><br>**medical services for John C. Gaskill** | | | | 247.00 |
| Account No. **xxxx4603**<br><br>**Receivables Performance**<br>**20816 44th Avenue W**<br>**Lynnwood, WA 98036** | | W | **2014**<br><br>**collections for Verizon Wireless** | | | | 1,581.99 |
| Account No. **xxxxxxxx xxxxx3860**<br><br>**Receivables Performance Management**<br>**20816 44th Ave**<br>**Lynnwood, WA 98036** | | H | **2015**<br><br>**collections for T Mobile** | | | | 600.08 |
| Account No. **xxxxxxxxx9017**<br><br>**Resurgent Capital Services**<br>**PO Box 1410**<br>**Troy, MI 48099-1410** | | J | **2015**<br><br>**re: LVNV Funding and prev First Premier Bank** | | | | 390.59 |
| Account No. **xx7072**<br><br>**Sage Capital Recovery**<br>**1040 Kings Hwy N**<br>**Cherry Hill, NJ 08034** | | J | **2015**<br><br>**collections for comcast** | | | | 374.33 |

Sheet no. __38__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,193.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**                                   Case No. _____

        **Ann Mary E. Vessels**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2469**<br><br>**Smiles on Randall**<br>**2158 Randall Road**<br>**Carpentersville, IL 60110-3345** | | H | 2015<br><br>medical services | | | | 26.91 |
| Account No. **xxxxxNN01**<br><br>**Specialty Medical Services**<br>**479 Business Center Drive Ste 108**<br>**Mount Prospect, IL 60056-9998** | | J | 2012<br><br>medical services | | | | 50.00 |
| Account No. **xxxxxNN01**<br><br>**Specialty Medical Services**<br>**479 Business Center Drive Ste 108**<br>**Mount Prospect, IL 60056-9998** | | H | 2012<br><br>medical services | | | | 50.00 |
| Account No. **xxxxx1754**<br><br>**Sprint**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197** | | H | 2015<br><br>services | | | | 996.94 |
| Account No. **xxxxxxx1439,xxxxxxxx9884**<br><br>**St Alexius Medical Center**<br>**22589 Network Place**<br>**Chicago, IL 60673-1225** | | J | 2014<br><br>medical services | | | | 6,343.00 |

Sheet no. __**39**__ of __**42**__ sheets attached to Schedule of                      Subtotal

Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)       **7,466.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John F. Vessels,**
         **Ann Mary E. Vessels**                                      Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx37N1** <br><br> **Staniscontr** <br> **914 14th St** <br> **Modesto, CA 95353** | | W | **Med1 02 Cepamerica** | | | | 529.00 |
| Account No. **xxxxxxx81N1** <br><br> **Staniscontr** <br> **914 14th St** <br> **Modesto, CA 95353** | | W | **Med1 02 Cepamerica** | | | | 458.00 |
| Account No. **xxxx3317** <br><br> **State Farm Mutual Insurance Co** <br> **One State Farm Plaza** <br> **Bloomington, IL 61710** | | J | **2015** <br><br> **auto accident** | | | | 5,122.57 |
| Account No. **xxxxx3860** <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | **2014** <br><br> **Services** | | | | 566.54 |
| Account No. **xxx3632** <br><br> **The Affiliated Group I** <br> **Po Box 7739** <br> **Rochester, MN 55903** | | H | **Med1 Midwest Dental East Dundee** | | | | 272.00 |

Sheet no. __**40**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,948.11**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John F. Vessels,**
    **Ann Mary E. Vessels**
                                             **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1599**<br><br>**The Affiliated Group I**<br>**Po Box 7739**<br>**Rochester, MN 55903** | | W | **Last Active 11/03/09**<br><br>**Med1 Midwest Dental East Dundee** | | | | 0.00 |
| Account No. **xxxxxxxxxx5136**<br><br>**TRS Recovery Services, Inc**<br>**PO Box 60022**<br>**City of Industry, CA 91716-0022** | | J | **2013**<br><br>**NFS check to Walmart** | | | | 113.75 |
| Account No. **xxx-xxx0401**<br><br>**United Anesthesia Associates SC**<br>**P.O. Box 631**<br>**Lake Forest, IL 60045** | | W | **2009**<br><br>**medical services** | | | | 783.40 |
| Account No. **7311**<br><br>**US Bank**<br>**Retail Collections**<br>**5065 Wooster Road**<br>**Cincinnati, OH 45226** | | J | **2014**<br><br>**charges** | | | | 266.55 |
| Account No. **xxxxx6961**<br><br>**US Cellular**<br>**Dept 0205**<br>**Palatine, IL 60055-0203** | | W | **2013**<br><br>**collections** | | | | 196.61 |

Sheet no. **41** of **42** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,360.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **John F. Vessels,**
    **Ann Mary E. Vessels**                                          Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0001**<br><br>**Verizon Wireless**<br>**PO Box 4002**<br>**Acworth, GA 30101** | | J | 2013<br><br>Services | | | | 1,340.67 |
| Account No. **xxx1596**<br><br>**Virtuoso**<br>**4500 Cherry Creek Drive South**<br>**Suite 300**<br>**Denver, CO 80246** | | W | 2013<br><br>collections for Direct TV | | | | 215.92 |
| Account No.<br><br>**Vonage** | | J | | | | | 0.00 |
| Account No. **x5941**<br><br>**Woodfield Orthopedics and Spts Med**<br>**Louis Harris Company**<br>**PO Box 701**<br>**Wheeling, IL 60090** | | J | 2015<br><br>medical services | | | | 495.00 |
| Account No. | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
     (Total of this page)         **2,051.59**

           Total
 (Report on Summary of Schedules)      **385,542.33**

B6G (Official Form 6G) (12/07)

In re    **John F. Vessels,**
         **Ann Mary E. Vessels**

Case No. _____

_____ ,
                                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **John F. Vessels,**
     **Ann Mary E. Vessels**

Case No. _____

                                     Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John F. Vessels** |
| Debtor 2 (Spouse, if filing) | **Ann Mary E. Vessels** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | **bus driver** |
| | Employer's name | **disabled** | **Durham School Services** |
| | Employer's address | | **4300 Weaver Parkway**<br>**Warrenville, IL 60555** |
| | How long employed there? | | **9 years** |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

| Debtor 1 | **John F. Vessels** | | |
|---|---|---|---|
| Debtor 2 | **Ann Mary E. Vessels** | | Case number *(if known)* |

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $      0.00 | $      0.00 |

**5. List all payroll deductions:**

|  |  | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $      0.00 | $      0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $      0.00 | $      0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $      0.00 | $      0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $      0.00 | $      0.00 |
| 5e. | **Insurance** | 5e. | $      0.00 | $      0.00 |
| 5f. | **Domestic support obligations** | 5f. | $      0.00 | $      0.00 |
| 5g. | **Union dues** | 5g. | $      0.00 | $      0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $      0.00 + | $      0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $      0.00 | $      0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $      0.00 | $      0.00 |

**8. List all other income regularly received:**

|  |  | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $      0.00 | $      0.00 |
| 8b. | **Interest and dividends** | 8b. | $      0.00 | $      0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $      0.00 | $      0.00 |
| 8d. | **Unemployment compensation** | 8d. | $      0.00 | $      0.00 |
| 8e. | **Social Security** | 8e. | $      0.00 | $      0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   **social security disability, net** | 8f. | $      955.90 | $      0.00 |
| 8g. | **Pension or retirement income** | 8g. | $      0.00 | $      0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $      0.00 + | $      0.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $      955.90 | $      0.00 |

| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   955.90  + | $   0.00  = | $   955.90 |
|---|---|---|---|---|---|

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11. +$      0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $   955.90

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    **John F. Vessels**

Debtor 2    **Ann Mary E. Vessels**
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                                  12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**  ■ No

Do not list Debtor 1        ☐ Yes.   Fill out this information for
and Debtor 2.                        each dependent..............

Do not state the
dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include**         ■ No
    **expenses of people other than**    ☐ Yes
    **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 6I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage
payments and any rent for the ground or lot.                                        4. $                1,200.00

If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **John F. Vessels** | | |
|---|---|---|---|
| Debtor 2 | **Ann Mary E. Vessels** | Case number (if known) | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 150.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 30.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: _cell phones_ | 6d. | $ | 40.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 350.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 70.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 6.10 |
| | 15c. | Vehicle insurance | 15c. | $ | 125.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 382.45 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 150.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 2,653.55 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | 955.90 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 2,653.55 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | -1,697.65 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **John F. Vessels**
**Ann Mary E. Vessels**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **58**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  5, 2015**

Signature   **/s/ John F. Vessels**
**John F. Vessels**
Debtor

Date  **October  5, 2015**

Signature   **/s/ Ann Mary E. Vessels**
**Ann Mary E. Vessels**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **John F. Vessels**
      **Ann Mary E. Vessels** _____    Case No. _____

                                         Debtor(s)        Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,182.00** | **2014 wages** |
| **$18,760.00** | **2013 wages** |

---

**2. Income other than from employment or operation of business**

None
☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,874.00** | **2015 husband** |
| **$7,505.00** | **2014 unemployment** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$3,368.00** | **2013 wife's unemployment** |
| **$9,550.00** | **2013 husband's disability** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State Farm Mutual vs John F Vessels** | **Auto accident** | **Kane County Circuit Court** | **stayed** |
| **2015 SC 00317** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America**<br>**Attn: Corre Unit/CA6-919-02-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | | **foreclosed**<br>**Location: 18 Walnut, Carpentersville IL 60110** |
| **PNC**<br>**Attention: Bankruptcy**<br>**6750 Miller Rd.**<br>**Brecksville, OH 44141** | | **foreclosed home** |
| **Bank Of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | **foreclosed home**<br>**Location: 18 Walnut, Carpentersville IL 60110** |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Costello & Costello**<br>**19 N. Western Ave. (RT 31)**<br>**Carpentersville, IL 60110** | **October 2013** | **debtors paid $1,500.00 for attorneys fees and $335.00 for court costs to file a joint chapter 7** |
| **Family Services of Elgin** | **May 2015** | **$0.00 for credit counseling, payment waived for debtor** |

#### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 18 Walnut, Carpentersville, IL 60110 | Ann Mary E. Vessels<br>John F. Vessels | Dec 2013 |

### 16. Spouses and Former Spouses

None
■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
7

## 20. Inventories

None ■
  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■
  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■
  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■
  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■
  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■
  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■
  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ■
  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■        employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **October  5, 2015**                    Signature    **/s/ John F. Vessels**
                                                          **John F. Vessels**
                                                          Debtor

Date  **October  5, 2015**                    Signature    **/s/ Ann Mary E. Vessels**
                                                          **Ann Mary E. Vessels**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **John F. Vessels**
**Ann Mary E. Vessels**

Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Gateway Financial** | **Describe Property Securing Debt:**<br>**2003 Mercury Moutanieer 70,000 miles** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Southern Automotive Fi** | **Describe Property Securing Debt:**<br>**2008 Pontiac Gran Prix 80,000 miles** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

B8 (Form 8) (12/08)                                                                                Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October  5, 2015**                        Signature  **/s/ John F. Vessels**
_____                              _____
                                                             **John F. Vessels**
                                                             Debtor


Date  **October  5, 2015**                        Signature  **/s/ Ann Mary E. Vessels**
_____                              _____
                                                             **Ann Mary E. Vessels**
                                                             Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **John F. Vessels**
**Ann Mary E. Vessels**

Case No. _____

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **1,500.00** |
| Prior to the filing of this statement I have received | $ **1,500.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Exemption planning;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding: negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 5, 2015**

**/s/ Stephen J. Costello**
**Stephen J. Costello 6187315**
**Costello & Costello**
**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**
**847-428-4544  Fax: 847-428-4694**
**steve@costellolaw.com**

---

<u>CONTRACT FOR LEGAL SERVICES</u>

The undersigned (hereinafter referred to as "client") hereby enters into this Contract for legal services with the law firm of COSTELLO & COSTELLO P.C. (Hereinafter referred to as "firm") and hereby agrees as follows:

1.  Client wishes to retain the law firm of COSTELLO & COSTELLO, P.C. to perform legal services in connection with a Chapter 7 Bankruptcy.

2.  Firm's present schedule of fees regarding the preparation, filing and representation in Chapter 7 and the court filing fee for the following services are as follows:

| | |
|---|---:|
| a.  Analysis of qualification for Chapter 7 (means test) - which shall mean that firm shall render an opinion of whether client qualifies for filing Chapter 7 under or if the filing of a chapter 7 for client would constitute an abuse of the provisions of Chapter 7 pursuant to Title 11 United States Code section 707(b). | $500.00 |
| b.  Preparation of documents for Chapter 7 filing which includes, the petition, schedules, statement of financial affairs, notice of intent, and other documents required for the filing of the chapter 7. | $500.00 |
| c.  Filing of Chapter 7 petition, schedules, etc with the court and attendance at the meeting with the trustee (also called 341 meeting or meeting of creditors). | $500.00 |
| d. Court filing fee. | $335.00 |
| Total fees and court filing fee. | $1,835.00 |

3.  Client hereby understands that firm will not perform any of the above services until the fees for such service, including court costs or filing fees, is fully paid and only after all information and/or documents and/or signatures required for such services and/or the preparation of each document is provided to firm. Firm reserves the right to raise the amount of firm's fees for any services should client not pay for such services or provide necessary information or documents or signatures within a reasonable time from the date of this Contract or should the bankruptcy laws, or rules or procedures of the court materially change after the date of this Contract. Client further understands that any fees are deemed earned when paid and client shall not be entitled to any refund of any portion of any fees paid for services performed by firm or if firm is unable to fully provide any such services due to failure of client to provide necessary information or documents or signatures.

4.  Firm is under no obligation to represent client in any additional matters including any additional matters arising within the Chapter 7 proceeding or any other Chapter that this Chapter 7 proceeding may be converted into. Should firm choose to represent client in any additional matters arising within the chapter 7 proceeding or other bankruptcy proceeding that this Chapter 7 may be converted into including, but not limited to, objections to claims, adversary proceedings, amendments to schedules, petition or statement of affairs. motions or objections presented by creditors, trustee or Judge or other matters, shall be billed at the rate of $275.00 per hour plus costs and expenses. Such additional fees shall be due and payable upon demand unless otherwise agreed in writing. Firm reserves the right to raise its hourly rate upon written notice to client.

5.  Client will inform firm of any change of client's address or telephone number with the understanding that failure to do so will constitute default.

6.  Client agrees to inform firm of any difficulties client may have in complying with this Contract and that this Contract may be altered changed or amended only by mutual agreement and approval by firm in writing

1

7. Client may terminate employment of firm at any time but such termination will not alter any rights or duties under this Contract and such termination does not reduce the amount owed to firm except by agreement in writing.

8. Client understands that any default under paragraph 4,5, 6, or 7 or should client fail to fully cooperate with firm or fail to provide accurate or complete information to firm or any trustee, judge, creditor or other claimant or any other entity at any time during firm's representation of client either before or after the filing of the chapter 7 bankruptcy, such may result in withdrawal by firm but such withdrawal will not alter any clients obligations under this Contract and such withdrawal does not reduce the amount owing to firm except by agreement in writing and does not entitle client to any refund of any fees paid for such services.

9. Client agrees that client is responsible for all costs of collection, including all court costs and reasonable attorney's fees incurred by firm in the collection of any sums due hereunder.

10. Client understands that from time to time an attorney from firm may be unavailable to appear in court or at other proceedings on client's behalf and hereby agrees that another attorney may be designated by firm to substitute for one of firm's attorney's at such court or other hearing.

11. To the extent that this Contract is signed herebelow by more than one individual, then "client" as used herein shall mean both the singular and plural of such term and both individuals agree that they are jointly and severally liable for all obligations contained herein including but not limited to all sums due from client as provided herein.

12. If client is a corporation and is signed herebelow by an officer of such corporation, then such person signing for client represents that he or she is a duly authorized officer of such corporation and is authorized to enter into this Contract on behalf of such corporation and bind such corporation thereto and further agrees that he or she personally and individually guarantees payment of all amounts due from client as provided herein including but not limited to all fees, costs and expenses provided in paragraph 2 hereinabove and further agrees that he or she is responsible for all costs of collection, including all court costs and reasonable attorney's fees incurred by firm in the collection of any sums due hereunder from either client or such person signing personally and individually.

13. Any provision of this Contract which may be adjudged to be unlawful or invalid by a court of law or becomes unlawful or invalid by operation of law or legislation, shall thereafter become null and void, but all other provisions of this Contract shall continue in full force and effect.

The undersigned have voluntarily entered into this Contract and by the undersigned's signature(s) below agree to all of the obligations rights and duties herein.

Dated this _2 0_ day of _October_ ,2015.

Agreed and signed:

_John Vessels_
John Vessels

_Ann Mary Vessels_
Ann Mary Vessels

Costello & Costello, P.C. and Stephen J. Costello

by_____
     Stephen J. Costello

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

### NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
### OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **John F. Vessels**
**Ann Mary E. Vessels**
_____    Case No. _____
Debtor(s)    Chapter    **7**    _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**John F. Vessels**
**Ann Mary E. Vessels**
_____    X    **/s/ John F. Vessels**            **October  5, 2015**
Printed Name(s) of Debtor(s)            Signature of Debtor            Date

Case No. (if known) _____    X    **/s/ Ann Mary E. Vessels**        **October  5, 2015**
Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **John F. Vessels**
       **Ann Mary E. Vessels**
_____  Case No. _____
                                    Debtor(s)    Chapter    **7**
_____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **130**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October  5, 2015**
       _____

**/s/ John F. Vessels**
_____
**John F. Vessels**
Signature of Debtor

Date:  **October  5, 2015**
       _____

**/s/ Ann Mary E. Vessels**
_____
**Ann Mary E. Vessels**
Signature of Debtor

ACC International
1175 Devin , Suite 128
Morton Shores, MI 49441

Advocate Sherman Hospital
35134 Eagle Way
Chicago, IL 60678

Advocate Sherman Hospital
1425 N Randall Road
Elgin, IL 60123

Affil Credit
3055 41st St NW ST
Rochester, MN 55903

Affiliated Acceptance Corporation
Attn: Customer Service
Po Box 790001
Sunrise Beach, MO 65079

Affiliated Credit Services
Po Box 7739
Rochester, MN 55903

Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701

AFNI
1310 Martin Luther Drive
Bloomington, IL 61702-3517

Alexander-Rose Associates, Inc.
8876 Gulf Freeway Ste. 400
Houston, TX 77017

Algonquin Road Security
2550 Algonquin Rd
Algonquin, IL 60156

Allied Collection Services, Inc.
3080 S Durango Dr. Ste 208
Las Vegas, NV 89117-9194

Amer Coll Co/ACC International
Acc International
919 Estes Ct.
Schaumburg, IL 60193

American Credit Bureau
2755 S Federal Hwy
Boynton Beach, FL 33435

American Credit Bureau
2755 S Federal Highway
Boynton Beach, FL 33435

Armor Systems Co
1700 Kiefer Dr
Ste 1
Zion, IL 60099

ASPIRE VISA
PO BOX 105555
ATLANTA, GA. 30348-5555

Associated Imaging Spec
1121 Lake Cook Road -Ste M
Deerfield, Il 60015-5234

Associates in Orthopedic Surgery
1435 N Randall Road
Elgin, IL 60123

At&t
PO Box 5080
Carol Stream, IL 60197-5080

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622

Bank of America
Attn: Corre Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Bank Of America
PO Box 5170
Simi Valley, CA 93062-5170

BARRINGTON HEALTHCARE FOR WOMEN
27401 W. HIGHWAY 22
SUITE 111
BARRINGTON, IL 60010

Caravan Credit Services
10603 Grant Road Ste 205
Houston, TX 77070

Cardiothoracic Surgery
Dr Craig Thatcher
1435 N Randall Rd Ste 207
Elgin, IL 60123

Certified Services, Inc
PO Box 177
Waukegan, IL 60079-9290

Chase Receivables
1247 Broadway
Sonoma, CA 95476

Check & Go
4540 Cooper Rd. Suite 305
Cincinnati, OH 45242

Check and Go
6500 Northwest HIghway Unit J
Crystal Lake, IL 60014

Citizens Fin
60 Terra Cotta
Crystal Lake, IL 60014

Cmre Financial Services, Inc.
3075 E Imperial Hwy #200
Brea, CA 92821-6753

Collections
404 Brock Drive PO Box 3097
Bloomington, IL 61701

Collections for US Cellular
404 Brock Drive PO Box 3097
Bloomington, IL 61701

Comcast
Po Box 3002
Southeastern, PA 19398-3002

Convergent Outsourcing, Inc
800 SW 39th St/PO Box 9004
Verizon Wireless
Renton, WA 98057

Credit Collection Services
Two Wells Avenue
Newton, Ma 02459

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912

Creditor Collection B
755 Almar Parkway
Bourbonnais, IL 60914

Creditor Protection
202 W State Street Ste 300
Rockford, IL 61101

Creditors Protection S
202 W State St Ste 300
Rockford, IL 61101

Credtrs Coll
Po Box 63
Kankakee, IL 60901

Denovus Corp, Ltd
480 Johnson Rd Suite 110
Washington, PA 15301-8936

Dependon Collection Service, Inc
Po Box 4833
Oak Brook, IL 60522-4833

DIRECTV
P.O. BOX 9001069
LOUISVILLE, KY. 40290-1069

Directv
4500 Cherry Creek Drive
Denver, CO 80246

Dish Network
PO Box 94063
Palatine, IL 60094

Diversified Adjustment Svc
US Cellular
600 Coon Rapid Blvd
Coon Rapids, MN 55433

Diversified Consultants
PO Box 551268
Jacksonville, FL 32255-1268

Diversified Svs Group
1824 W Grand Ave Ste 200
Chicago, IL 60622

East Dundee and Cntry FPD
Po Box 457
Wheeling, IL 60090-0457

Elgin Gastroenterology, S.C.
PO Box 7630
Gurnee, IL 60031

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256-7412

Farmers Insurance Group
1303 S Main St
Algonquin, IL 60102

Fifth Third Bank
154 S Western Ave
Carpentersville, IL 60110

First Merit Bank
295 FirstMerit Circle
Akron, OH 44307-2359

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57104

Gateway Financial
999 S. Washington Ave Suite 1
Saginaw, MI 48601

Geico Casualty Company
One GEICO Center
Macon, GA 31296-0001

Germbusters
Dept 20-5004
Carol Stream, IL 60197

Harris
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604

Harris & Harris, Ltd
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604

Harris&Harris, Ltd.
11 West Jackson Boulevard, Ste. 400
Chicago, IL 60604-4134

Hillcrest Davidson Associates
415 N Glendale Drive Ste 450
Richardson, TX 75081

HSN
attn collections
P.O. BOX 9090
CLEARWATER, FL 33758-9090

Hughes Network Systems, LLC
Po Box 96874
Chicago, IL 60693-6874

I.C. SYSTEM, INC.
PO Box 64887
ST. PAUL, MN 55164-0887

Illinois Department of Employment S
30 Dupage Court
Elgin, IL 60120

Inpatient Consultants of Illinois
PO Box 844918
Los Angeles, CA 90084-4918

Internamed
PO Box 5478
Elgin, IL 60121

LabCorp
PO Box 2240
Burlington, NC 27216-2240

Law Office of Michle G Greer, PLLC
PO Box 7565
Rochester, MN 55903

M&A Precision Truck Repair
1480 Imhoff Dr.
Lake in the Hills, IL 60156

McCarthy, Burgess & Wolff
The M&W Building
2600 Cannon Road
Bedford, OH 44146

MCS Collections
PO Box 7699
Chicago, IL 60680

MCS Collections/Nrth Cardiothoracic
PO Box 7699
Chicago, IL 60680

Medical Business Bureau United A
PO Box 1219
Park Ridge, IL 60068-7219

Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123

Midland MCM
8875 Aero Drive Ste 200
San Diego, CA 92123

Midwest Bone and Joint Institute
2350 Royal Blvd
Suite 200
Elgin, IL 60123

Midwest Dental East Dundee

Mira Med Revenue Group, LLC
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

Miramed Revenue Group. LLC
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

MNET Collections
95 Argonout
Aliso Viejo, CA 92656

Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044

Nicor Gas

Nicor Prime Solutions
4500 CherryCreek Drive
Denver, CO 80246

North Shore Agency
270 Spagnoli Road Suite 110
Melville, NY 11747

North Shore Agency Time Life Star
4000 East Fifth Ave
Columbus, OH 43219

Northwest Collectors
1460 Renaissance Dr
Park Ridge, IL 60068

Northwest Collectors, Inc
3601 Algonquin Rd Ste 232
Rolling Meadows, IL 60008-3106

NWHC Business Office
2500 W Higgins Rd Suite 505
Hoffman Estates, IL 60169-2171

Oakbrook Anesthesiologists, LTD
PO Box 7628
Carol Stream, IL 60197

Online Radiology Medical Group
PO Box 51481
Ontario, CA 91761-0081

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148

Pinnacle Security
1290 Sandhill Road
Orem, UT 84058

PNC
Attention: Bankruptcy
6750 Miller Rd.
Brecksville, OH 44141

Presence St Joseph
1643 Lewis Ave, Suite 203
Billings, MT 59102-4151

Presence St Joseph Hospital
Patient Financial Services
Billings, MT 59102-4151

Progressive
11629 S 700 E, Ste 250
Draper, UT 84020

Progressive Finance
11629 S 700 E Suite 250
Draper, UT 84020

Provena Medical Group
25872 Network Drive
Chicago, IL 60673

Provena Medical Group
25872 Network Drive
Chicago, IL 60673-1258

Receivables Performance
20816 44th Avenue W
Lynnwood, WA 98036

Receivables Performance Management
20816 44th Ave
Lynnwood, WA 98036

Resurgent Capital Services
PO Box 1410
Troy, MI 48099-1410

Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034

Smiles on Randall
2158 Randall Road
Carpentersville, IL 60110-3345

Southern Automotive Fi
2901 Wm Oakland Park Blvd
Fort Lauderdale, FL 33311

Specialty Medical Services
479 Business Center Drive Ste 108
Mount Prospect, IL 60056-9998

Sprint
P.O. Box 4191
Carol Stream, IL 60197

Sprint AENI
PO Box 3517
Bloomington, IL 61702

St Alexius Medical Center
22589 Network Place
Chicago, IL 60673-1225

St Alexius Medical Center
1555 Barrington Rd
Hoffman Estates, IL 60169

Stanisccontr
914 14th St
Modesto, CA 95353

State Farm Mutual Insurance Co
One State Farm Plaza
Bloomington, IL 61710

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

The Affiliated Group I
Po Box 7739
Rochester, MN 55903

Time Life/Star Vista

TRS Recovery Services, Inc
PO Box 60022
City of Industry, CA 91716-0022

United Anesthesia Associates SC
P.O. Box 631
Lake Forest, IL 60045

US Bank
Retail Collections
5065 Wooster Road
Cincinnati, OH 45226

US Cellular
Dept 0205
Palatine, IL 60055-0203

Verizon Wireless
PO Box 4002
Acworth, GA 30101

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Virtuoso
4500 Cherry Creek Drive South
Suite 300
Denver, CO 80246

Vonage

Woodfield Orthopedics and Spts Med
Louis Harris Company
PO Box 701
Wheeling, IL 60090

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)    the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)    the effect of receiving a discharge of debts
(3)    the effect of reaffirming a debt; and
(4)    your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ John F. Vessels | October  5, 2015 | /s/ Ann Mary E. Vessels | October  5, 2015 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |